1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MEDINA,

11            Plaintiff,                    No. 2:12-cv-1599 EFB P

12        vs.

13   T. COUNTS, et al.,

14            Defendants.              ORDER

15   _____/

16        Plaintiff is a county inmate proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Plaintiff has neither filed an application to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915 nor paid the filing fee for this action.

19        Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

20   in the Fresno Division of the United States District Court for the Eastern District of California,

21   and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).  Where a civil

22   action has not been commenced in the proper division of a court, the court may, on its own

23   motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

24   ////

25   ////

26   ////

1

1    Accordingly, it is hereby ordered that:

2    1.  This action is transferred to the Fresno Division.

3    2.  The Clerk of Court shall assign a new case number.

4    3.  All future filings shall bear the new case number and shall be filed at:

5         United States District Court
          Eastern District of California
6         2500 Tulare Street
          Fresno, CA 93721

7
     DATED:  June 26, 2012.
8

9                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26